UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, <br><br>           Third-Party Plaintiff, <br><br> vs. <br><br> FREE CONFERENCING CORPORATION, a Nevada corporation, <br><br>           Third-Party Defendant. | 4:07-CV-04147-KES <br><br><br> JUDGMENT |

Based on the Memorandum Opinion and Order, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered against third-party plaintiff, Qwest Communications Corporation, and in favor of third-party defendant, Free Conferencing Corporation.

DATED November 9, 2017.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE